COLMAN *versus* WATERS.

QUESTION IN THIS CASE.

*Relative to the answer of a garnishee in attachment.*

1. Proceedings against a garnishee, in attachment, before justices of the peace, when removed to the Circuit Court, are triable *de novo*; and the garnishee has a right to answer over.

This was a proceeding in garnishment, before a justice of the peace, of Butler county, against the plaintiff in error, at the instance of Waters. The justice, on the answer of Colman, gave judgment against him, which he removed, by appeal, to the Circuit Court of that county; where the judgment was again rendered against him on his answer.

The error assigned, was the refusal of the Circuit Court, to permit the plaintiff in error, to answer over.

*Ellis and Peck* for the plaintiff in error—Mr. *Dargan* for defendant.

PER CURIAM.—This cause must be reversed and remanded, on the authority of the case of *Gayle* vs. *Turner*.[a]

In cases from magistrates, the proceedings are *de novo*, and the garnishee should have been permitted to answer anew.